FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION UNDER 28 U.S.C. § 1343

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2024 JAN 24 P 2: 46
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Kevin Lee Ross
[Enter above the full name of the plaintiff in this action]

)
)
)
)
)

v. Administrator - Mr. Pike
Officer J. Gray
Sargent Jaques
Corporal Bjork
Sargent Libby
Corporal Staples
Sargent Andrews
[Enter above the full name of the defendant(s) in this action]

)
)
)
)
)
)
)
)

Docket no. _____

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [ ]   No [✓]

   B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)   _____

         Defendant(s)  _____

      2. Court [If federal court, name the district; if state court, name the county]

         _____

      3. Docket number   _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement  Somerset County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes [ ✓ ]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [ ✓ ]  Imediate Retaliation Could not finish +

C. If your answer is "Yes"

1. What steps did you take? _____

2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Kevin Lee Ross
Address  131 E. Madison Rd., Madison, Me. 04950

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  Administrator Mr. Pike
Position  Administrator of Jail
Address  Somerset County Jail, 131 E. Madison Rd., Madison, Me. 04950

C. Additional Defendant(s) Officer O. Gray
Sargent Jaques
Corporal Bjock
Sargent Libby
Corporal Staples
Sargent Andraus.
All work for Somerset County Jail, all at same address.

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Denied Access to courts - Retaliation, - Equal protection Cruel and unusual Punishment and Conspirisy to interfere with rights and neglect to prevent. they work together to strip inmates of all rights to be about it to retaliate against anyone who puts in greivances about the conditions here or the top tier Da Pool.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

1.) Declatory Releif: Put Bottom tier restriction back on reckord. Put Order of Seperation on 6 officers named -
2.) Compensatory Releif: Award 3.5 Million dollars against Mr. Pike for not raining in the Officers Named.
3.) Punitive Damages; Award 1 million dollars apeice from the 6 officers involved on the nonstop nazi Tactics.

_____
Signature of Plaintiff

Signed this 1 day of Jan, 2024

I declare under penalty of perjury that the foregoing is true and correct.

Jan. 1, 2024
Date

_____
Signature of Plaintiff